CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 11, 2017

MEMO TO COUNSEL RE:  Tony Vitrano Company v. Masser's Produce, et al.
Civil No. JFM-17-1027

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion to dismiss filed by defendants Jeffrey Masser and Michael Masser.  The motion (document 9) is denied without prejudice to it being renewed at a later stage of this litigation.

A conference call will be held on ___July 25, 2017___ at _4:30_ p.m. to discuss the appropriate schedule in this case.  I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 JUL 11 PM 4: 53

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY